UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN JUDAH MICHALEK, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON COUNTY COURTHOUSE, et al., <br><br> Defendants. | CASE NO. C19-6057 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's proposed civil rights complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A, his application to proceed *in forma pauperis*, Dkt. 1, is **DENIED**; and

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 24th day of February, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER